**Dismissed and Memorandum Opinion filed February 20, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-01117-CR

**MARTIN VALENZUELA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1368441**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to indecency with a child. In accordance with the terms of a plea bargain agreement with the State, on December 18, 2012, the trial court deferred a finding of guilt, placed appellant on community supervision for six years, and assessed a $400 fine. The State subsequently moved to adjudicate appellant's guilt. Appellant stipulated to the evidence and entered a plea of true to the State's allegations. Appellant also signed a written waiver of his right to appeal. After finding the allegations in the State's motion to adjudicate true, the

trial court adjudicated appellant's guilt. On November 21, 2013, the trial court sentenced appellant to confinement for four years in the Institutional Division of the Texas Department of Criminal Justice and assessed a fine of $400. Appellant filed a pro se notice of appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that the defendant waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).